DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 355P12 | State v. Angela Marie Williamson | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1282) | Denied |
| 356P99-3 | State v. Robert Allen Sartori | Def's *Pro Se* PWC to Review Order of COA | Dismissed |
| 358A12 | State v. Bryant Lamont Boyd | 1. State's Motion for Temporary Stay (COA-1072-2) | 1. Allowed **08/24/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **08/24/12** |
| | | 3. State's NOA Based Upon a Dissent | 3. - - - |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 5. Denied |
| | | 6. State's Conditional PDR as to an Additional Issue | 6. Dismissed as Moot |
| 363P12 | State v. Curtis Smith, Jr. | 1. State's Motion for Temporary Stay (COA11-1335) | 1. Allowed **08/29/12;** Dissolved the Stay **12/12/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 368P12 | Sherif A. Philips, M.D. v. Pitt County Memorial Hospital, Inc., Paul Bolin, M.D., and Ralph Whatley, M.D. | 1. Plt's Motion for Temporary Stay (COA11-1482) | 1. Allowed **09/07/12;** Dissolved the Stay **12/12/12** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Plt's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Defs' Motion to Dismiss Appeal | 5. Allowed |
| | | 6. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 6. Dismissed as Moot |
| 369P12 | State v. Anthony Eric Cogdell | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1562) | Denied |